## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Travis Elliot DARROW, Petitioner**

**No. 415 MAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tonita HENDERSON, Petitioner**

**No. 323 WAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

■

**S.M.E., Petitioner**

v.

**R.J.E., Respondent**

**No. 449 EAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**